O

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

APR 2 9 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERAD HITE, aka Gerardo Osuna Del Moral,<br><br>                Petitioner,<br><br>vs.<br><br>E. EVANS, Warden,<br><br>                Respondent. | Case No. EDCV 07-0146-R (RNB)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: April 28, 2010

MANUEL L. REAL
UNITED STATES DISTRICT JUDGE