JS - 6 /ENTERED

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

APR 2 9 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERAD HITE, aka Gerardo Orduna Del Moral, <br><br>              Petitioner, <br><br>       vs. <br><br> E. EVANS, Warden, <br><br>              Respondent. | Case No.  EDCV 07-0146-R (RNB) <br><br><br> **J U D G M E N T** |

          Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

          IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:   April 28, 2010

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 2 9 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE